IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America,   ) | |
|     Plaintiff,   ) | |
| ) | |
| v.   ) | 8:08CV479 |
| ) | |
| David King,   ) | |
|     Defendant(s),   ) | |
| ) | |
| and   ) | |
| ) | |
| Verizon Wireless,   ) | |
|     Garnishee.   ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Verizon Wireless, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Verizon Wireless, whose address is 30 Independence Blvd, 4th Floor, Warren, NJ 07059.

DATED this 1st day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
JUDGE, U. S. DISTRICT COURT